UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

HORTON, INC.,

Plaintiff,

v.

KITMASTERS, INC.,

Defendant.

Civil No. 00-2660 DWF/AJB

ORDER

---

Having considered the Stipulation for Extension of Time to Answer Complaint and determining that no hearing is necessary regarding this matter,

IT IS HEREBY ORDERED THAT the Stipulation is granted and that Defendant has until January 19, 2001, to answer, plead, or otherwise respond to the Complaint served by Plaintiff Horton, Inc.

Dated: 1/5/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed JAN 08 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________